**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00606-CMA-KMT

JACQUELINE FELTON,

     Plaintiff,

v.

PROFESSIONAL DEBT MEDIATION, INC.,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice

of Dismissal With Prejudice (Doc. # 11), filed June 13, 2012, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

her or its own attorney's fees and costs.

DATED:  June __14__, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge